**David GREENHOUSE et al., etc.,
Plaintiffs-Appellants,**

v.

**Most Reverend Charles Pascal
GRECO et al., Defendants-
Appellees.**

No. 74-1563.

United States Court of Appeals,
Fifth Circuit.

May 23, 1974.

———◆———

Before COLEMAN, DYER and RONEY, Circuit Judges.

BY THE COURT:

Defendants-appellees move to dismiss plaintiffs-appellants' interlocutory appeal from the District Court's denial of the right to maintain the action as a class action. The general rule in this Circuit is that the denial of class action treatment is a non-appealable order. Graci v. United States, 472 F.2d 124 (5th Cir. 1973). Plaintiffs-appellants' portion of the case is still pending before the District Court. The denial of a class action has not sounded the "death knell" of the litigation, Songy v. Coastal Chemical Corp.,

469 F.2d 709 (5th Cir. 1972); nor is it an appealable "collateral order", Cohen v. Beneficial Industrial Loan Corp., 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The District Court's order is not a final judgment under 28 U.S.C.A. § 1291, Gosa v. Securities Investment Co., 449 F.2d 1330 (5th Cir. 1971); nor is it appealable under 28 U.S.C.A. § 1292(a)(1) as a denial of injunctive relief, Songy v. Coastal Chemical Corp., 469 F.2d 709 (5th Cir. 1972).

It is ordered that appellees' motion to dismiss the appeal, filed in the above styled and numbered cause, is hereby granted.